# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| STRATASYS INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No.: 13-CV-03228 (DWF/JJG) |
| v. | ) |
|  | ) **STIPULATION REGARDING** |
| MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA, | ) **MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA'S RESPONSE TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT** |
| Defendant. | ) |

Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and agree as follows:

1. On November 25, 2013, Plaintiff filed its Complaint for Patent Infringement and Demand for Jury Trial against Microboards Technology, LLC d/b/a Afinia ("Afinia").

2. Afinia was served with the Complaint on November 25, 2013.

3. The time for Afinia to answer or otherwise respond to the Complaint is December 16, 2013, pursuant to Fed. R. Civ. P. 12.

4. Afinia submits that good cause exists for a 30 day extension to answer the Complaint because Afinia recently retained the undersigned counsel, and

undersigned counsel require additional time to evaluate and investigate the allegations and claims set forth in the Plaintiff's Complaint.

5.  Plaintiff has agreed to the requested extension.

6.  The parties hereby stipulate and agree, subject to the approval and order of the Court, that Defendant shall have an extension of time for an additional thirty (30) days to answer or otherwise respond to the Complaint, through and including January 15, 2014.

**IT IS SO STIPULATED.**

Dated: December 10, 2013           By: */s/ Timothy E. Grimsrud*
                                   Kenneth A. Liebman (MN 236731)
                                   E-mail: Kenneth.Liebman@FaegreBD.com
                                   Timothy E. Grimsrud (MN034283X)
                                   E-mail: tim.grimsrud@faegrebd.com
                                   Lauren M.W. Steinhaeuser (MN 0392477)
                                   E-mail:Lauren.steinhaeuser@FaegreBD.com
                                   FAEGRE BAKER DANIELS LLP
                                   2200 Wells Fargo Center
                                   90 South Seventh Street
                                   Minneapolis, MN 55402
                                   Telephone: (612) 766-7000
                                   Facsimile: (612) 766-1600

                                   **Attorneys for Plaintiff Stratasys, Inc.**

Dated: December 10, 2013

| | |
|---|---|
| By: /s/ Mark J. Burns<br>Mark J. Burns (MN0308055)<br>E-Mail: mburns@haugenlaw.com<br>HAUGEN LAW FIRM, PLLP<br>1130 TCF Tower<br>121 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 339-8300<br>Facsimile (612) 339-8200 | By: /s/ William J. Cass<br>William J. Cass (*pro hac vice pending*)<br>E-mail: wcass@cantorcolburn.com<br>CANTOR COLBURN LLP<br>20 Church Street, 22nd Floor<br>Hartford, Connecticut 06103<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115<br><br>**Attorneys for Defendant Microboards Technology, LLC d/b/a Afinia** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Mark J. Burns*
Mark J. Burns