UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STRATASYS INC., | ) Civil No. 0:13-cv-03228 DWF-JJG |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S MOTION TO** |
| | ) **DISMISS DEFENDANT'S** |
| MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA, | ) **COUNTERCLAIMS OF** |
| | ) **INEQUITABLE CONDUCT AND** |
| | ) **STRIKE AFFIRMATIVE** |
| Defendant. | ) **DEFENSES OF PATENT MISUSE** |

Plaintiff Stratasys Inc. ("Stratasys") hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss Defendant Microboards Technology, LLC d/b/a Afinia's ("Afinia") counterclaims of inequitable conduct. The counterclaims are styled as Counts IX and X of Afinia's Amended Answer and Counterclaims, Dkt. No. 20.

Stratasys also moves under Rule 12(f) of the Federal Rules of Civil Procedure to strike Afinia's four affirmative defenses of patent misuse. The affirmative defenses are styled as affirmative defenses eight, nine, ten, and eleven of Afinia's Amended Answer and Counterclaims, Dkt. No. 20.

Stratasys's Motion is based upon the Notice of Motion and Motion, the Brief in Support of Stratasys's Motion, and the record and proceedings herein.

Dated:  February 21, 2014        **FAEGRE BAKER DANIELS LLP**

*s/ Kenneth A. Liebman*
Kenneth A. Liebman (MN 236731)
Timothy E. Grimsrud (MN 034283X)
Lauren M.W. Steinhaeuser (MN 0392477)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

***Attorneys for Plaintiff Stratasys Inc.***