# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STRATASYS INC., | Civil No. 0:13-cv-03228 DWF-JJG |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS INFRINGEMENT COUNT I AND RELATED COUNTERCLAIMS AND AFFIRMATIVE DEFENSES** |
| MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA, | |
| Defendant. | |

Plaintiff Stratasys Inc. ("Stratasys") hereby moves the Court pursuant to the Federal Rules of Civil Procedure, including Rules 15 and 41, and the Court's inherent authority, to dismiss Stratasys's Count I for Infringement of U.S. Patent No. 5,653,925. Stratasys also moves the Court pursuant to Rule 12(b)(1) and its inherent authority to dismiss Defendant Microboards Technology, LLC d/b/a Afinia's ("Afinia") counterclaims and affirmative defenses relating to Stratasys's Count I.

Stratasys's Motion is based upon the files, records, and proceedings herein, including this Motion; Stratasys's Notice of Hearing on Motion; Stratasys's Memorandum of Law in Support of its Motion to Voluntarily Dismiss Infringement Count I and Related Counterclaims and Affirmative Defenses; the Declaration of Timothy E. Grimsrud and accompanying exhibits; as well as an anticipated reply brief to be filed at a later date, the argument of counsel at hearing, and all submissions and proceedings in this case. A proposed order granting this Motion will be emailed to the Court's chambers.

| | |
|---|---|
| Dated:  August 4, 2014 | **FAEGRE BAKER DANIELS LLP** |
| | *s/ Timothy E. Grimsrud* |
| | Kenneth A. Liebman (MN 236731) |
| | Timothy E. Grimsrud (MN 034283X) |
| | Lauren M.W. Steinhaeuser (MN 0392477) |
| | Linzey A. Erickson (MN 0393058) |
| | FAEGRE BAKER DANIELS LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | |
| | ***Attorneys for Plaintiff Stratasys Inc.*** |