# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STRATASYS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 13-CV-03228 (DWF/TNL) |
| v. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

WHEREAS, Plaintiff alleged in the above-referenced matter that certain of Defendant's 3D printers infringe one or more claims of U.S. Patent Nos. U.S. Patent No. 5,866,058 ("the '058 patent"); 6,004,124 ("the '124 patent"); and 8,349,239 ("the '239 patent") (collectively, "the Asserted Patents"),

WHEREAS, Defendant denied the allegations of infringement and asserted various claims and counterclaims,

WHEREAS, the parties have entered a settlement agreement fully resolving any and all claims asserted by Plaintiff and any and all claims and counterclaims asserted by Defendant.

IT IS THEREFORE STIPULATED AND AGREED, by and between the attorneys for Plaintiff and Defendant, that this Action be dismissed.  It is further stipulated and agreed that Plaintiff's claims be dismissed with prejudice, and that Defendant's claims and counterclaims be dismissed without prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: 6/8/2016 | By: *s/ Timothy E. Grimsrud*<br>Timothy E. Grimsrud (MN034283X)<br>E-mail: Tim.Grimsrud@faegrebd.com<br>Kenneth A. Liebman (MN 236731)<br>E-mail: Kenneth.Liebman@FaegreBD.com<br>Kevin P. Wagner (MN 034008X)<br>E-mail: Kevin.Wagner@FaegreBD.com<br>Lauren M.W. Steinhaeuser (MN 0392477)<br>E-mail: Lauren.Steinhaeuser@FaegreBD.com<br>Linzey A. Erickson (MN 0393058)<br>E-mail: Linzey.Erickson@FaegreBD.com<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>**ATTORNEYS FOR PLAINTIFF STRATASYS INC.** |

Dated: 6/10/2016

| | |
|---|---|
| By: *s/ Mark J. Burns*<br>Mark J. Burns, Esq. (MN 0308055)<br>E-Mail: mburns@haugenlaw.com<br>Haugen Law Firm, PLLP<br>1130 TCF Tower<br>121 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 339-8300<br>Facsimile (612) 339-8200 | By: *s/ William J. Cass*<br>William J. Cass, Esq. (*pro hac vice*) (CT 415081)<br>E-mail: wcass@cantorcolburn.com<br>Andrew C. Ryan, Esq. (*pro hac vice*) (CT 416992)<br>E-mail: aryan@cantorcolburn.com<br>Nicholas Geiger, Esq. (*pro hac vice*) (CT 428520)<br>E-mail: ngeiger@cantorcolburn.com<br>Herbert Bedingfield, Esq. (*pro hac vice*) (CT 417448)<br>E-mail: hbedingfield@cantorcolburn.com<br>Tasia Hansen, Esq. (*pro hac vice*) (CT 417448)<br>E-mail: thansen@cantorcolburn.com<br>Cantor Colburn LLP<br>20 Church Street, 22nd Floor<br>Hartford, Connecticut 06103<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115<br><br>**ATTORNEYS FOR DEFENDANT MICROBOARDS TECHNOLOGY, LLC d/b/a AFINIA** |