## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stratasys Inc.,                                                    Civil No. 13-3228 (DWF/TNL)

       Plaintiff,

v.                                                                 **ORDER FOR DISMISSAL**

Microboards Technology, LLC
d/b/a Afinia,

       Defendant.

The above entitled matter came on before the undersigned on the parties' joint

Stipulation of Dismissal, (Doc. No. [230]).  The parties having settled this litigation and

based on the Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that this action is dismissed:  Plaintiff's claims are

**DISMISSED WITH PREJUDICE**, and Defendant's claims and counterclaims are

**DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and

attorney fees.

Dated:  June 13, 2016          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge